UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHEL BARRON,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF SAUSALITO,<br><br>              Defendant. | Case No.  22-cv-03113-SK<br><br>**ORDER OF REFERRAL PURSUANT TO CIVIL LOCAL RULE 3-12(C)**<br><br>Regarding Docket No. 1 |

Pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Chen for the purpose of determining whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union, et al., v. City of Sausalito, et al.*, 3:21-cv-01143-EMC.

**IT IS SO ORDERED**.

Dated: May 27, 2022

_____
SALLIE KIM
United States Magistrate Judge