UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHEL BARRON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAUSALITO, et al.,<br><br>    Defendants. | Case No. 22-cv-03113-EMC<br><br>**ORDER TO SHOW CAUSE** |

Previously, the Court held a hearing on Ms. Barron's motion for a preliminary injunction. At that hearing (held on July 22, 2022), Ms. Barron stated that she had left the temporary hotel (this housing was provided by the City) and had obtained new, more permanent housing. Given that situation, the Court denied the motion for a preliminary injunction as moot.

Because Ms. Barron's primary goal seems to have been to secure housing and she has now obtained new, more permanent housing, it is not clear whether she intends to pursue this case further and on what grounds. Accordingly, the Court hereby orders Ms. Barron to show cause as to why this case should continue and, if so, what federal claims she still has such that this Court would have federal jurisdiction over the case. Ms. Barron should also make clear the specific factual basis for her claims (*e.g.*, a conclusory allegations are not sufficient) and what relief she seeks.

///

///

///

///

Ms. Barron shall have until **August 15, 2022** to respond to this order to show cause.  If Ms. Barron does not file a timely response, then the Court shall dismiss her case without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 25, 2022

_____
EDWARD M. CHEN
United States District Judge